UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                   )<br>            Plaintiff(s),         )<br>                                   )<br>      v.                           )<br>                                   )<br> JOSHUA J. KUNISH,                  )<br>                                   )<br>            Defendant(s).          )<br>_____) | No. CR 08-00656 BZ<br><br>**ORDER CONTINUING HEARING ON REVOCATION OF SUPERVISED RELEASE** |

**IT IS HEREBY ORDERED,** that the hearing on Revocation of Supervised Release presently scheduled for Wednesday, March 28, 2012 at 1:30 p.m., is **CONTINUED** to **Thursday, March 29, 2012 at 1:30 p.m.,** in **Courtroom D**, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

Dated: March 23, 2012

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\KUNISH CONTINUE REVOCATION HRG.wpd

1